# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KATHERINE WALDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-01067-MTS |
| ) | |
| PERFORMANCE DOOR AND ) | |
| HARDWARE GROUP, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Joint Motions for Approval of Settlement. Docs. [30], [31]. Though it is unsettled whether federal law requires judicial approval of all settlements under the Fair Labor Standards Act, see *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1026–27 (8th Cir. 2019), the Court will review the settlement at the parties' request so as to not leave them in an "uncertain position," Doc. [30] at 4. *See, e.g.*, *Tanner v. Empire Financing, Co.*, 4:19-cv-0825-SEP, 2020 WL 7316115, at *1 (E.D. Mo. Dec. 11, 2020); *Van Winkle v. Mick Keane's Express Delivery Serv., Inc.*, 4:21-cv-1213-NCC, 2022 WL 1122721, at *1 (E.D. Mo. Apr. 14, 2022); *Moore v. Nat'l Vision, Inc.*, 4:23-cv-0593-MTS, 2023 WL 6200780, at *1 (E.D. Mo. Sept. 22, 2023). After examining the settlement agreements and the parties' filings, the Court concludes that the litigation involves a bona fide dispute and the settlements the parties propose is fair and equitable to each side. *See Tanner*, 2020 WL 7316115 at *1–2; *see also Williams v. BPV Mkt. Place Invs., LLC*, 4:14-cv-1047-CAS, 2014 WL 5017934, at *2 (E.D. Mo. Oct. 7, 2014). Thus, the Court will approve the parties' joint proposed settlements.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and Defendants Performance Door and Hardware Group, LLC, Comarco Complete Door Systems, LLC, and PC Hardware, LLC's Joint Motion for Approval of Settlement, Doc. [30], is **GRANTED**.

**IT IS FURTHER ORDERED** that the that Plaintiff and Defendant James G. Stethem's Joint Motion for Approval of Settlement, Doc. [31], is **GRANTED**.

**IT IS FINALLY ORDERED** that the parties shall file appropriate dismissal papers in this action, or a status update on the progress of the execution of the settlement, no later than **February 20, 2024**.  Failure to do so timely may result in dismissal of this action without further notice.

Dated this 29th day of January 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE